**[Dowed7]** [Order Withholding Entry of Discharge]

ORDERED.

**Dated: October 5, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.
3:26−bk−02715−JAB
Chapter 7

Gregory H. Graham Jr.
dba G & K Gutters and More

Debtor* /

***ORDER WITHHOLDING ENTRY OF DISCHARGE***

THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that:

☐ The Debtor has failed to pay the prescribed filing fee for this case in the amount of .

☑ An Order Approving Payment of the Filing Fees in Installments was entered on June 23, 2026 . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $ 338.00 pursuant to Fed. R. Bankr. P. 1006.

☑ The Debtor has not filed a certification about a financial management course required by 11 U.S.C. § 727(a)(11).

☐ The Debtor has failed to pay the $25.00 conversion fee as required by 28 U.S.C. § 1930(8.2) for a motion or notice of conversion to Chapter 7.

Accordingly, it is

**ORDERED:**

1. The entry of a discharge in this case is withheld until such time as the Debtor cures the above−described deficiency pursuant to 11 U.S.C. § 105 of the Bankruptcy Code and/or Fed. R. Bank. P. 4004(c)(1)(G) (relating to fees not paid).

2. The case will be reviewed for possible closing in thirty days, if appropriate. The Debtor's failure to cure the above−described deficiency prior to the case being closed will result in the case being closed without entry

of a discharge. If the Debtor later files a motion to reopen the case in order to cure the deficiency and to obtain a discharge, the Debtor will be required to pay a reopening fee in the amount prescribed by 28 U.S.C. § 1930(a) and Item (11) of the Bankruptcy Court Miscellaneous Fee Schedule.

3. This order shall not be construed as an order either denying or granting a discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.